[No. 8600-3-III. Division Three. November 29, 1988.]

L.D. TEVLIN, ET AL, *Respondents,* v. RONALD B. ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 86-2-00185-8, Fred Van Sickle, J., entered May 7, 1987. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Munson, JJ.

[No. 8839-1-III. Division Three. November 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL MARTIN SVENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 84-1-00985-9, Howard Hettinger, J., entered August 5, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Faris, J. Pro Tem.

[No. 9014-1-III. Division Three. November 29, 1988.]

EDWARD A. GEFRE, SR., *as Personal Representative, Appellant,* v. TED BAINTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86-2-01415-1, Howard Hettinger, J., entered November 20, 1987. *Reversed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Faris, J. Pro Tem.